JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBREN A. PIERCE,<br><br>        Petitioner,<br><br>        v.<br><br>DAVE DAVEY, Warden,<br><br>        Respondent. | NO. EDCV 14-2437-MMM (JEM)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: January 14, 2015

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE